IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Thomas Laver, | |
| | Civil Action No.: 1:14-cv-01267-JES-JEH |
| Plaintiff, | |
| v. | |
| Viking Client Services, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Thomas Laver ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: September 30, 2014

        Respectfully submitted,

        PLAINTIFF, Thomas Laver

        By:  /s/ Sergei Lemberg
          Sergei Lemberg, Esq.
          LEMBERG LAW, L.L.C.
          1100 Summer Street, 3rd Floor
          Stamford, CT 06905
          Telephone: (203) 653-2250
          Facsimile:  (203) 653-3424

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 30, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Central District of Illinois Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                     By /s/ Sergei Lemberg
                                        Sergei Lemberg